Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

AUG 18 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH WALKER, | Case No. CV 05-5941-RJK(MANx) |
|---|---|
| Plaintiff(s) | ORDER RE: INITIAL CASE ASSIGNMENT |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendant(s). | |

This action has been assigned to the calendar of Judge Robert J. Kelleher, Courtroom 1439, Roybal Federal Building.

In order "to secure the just, speedy, and inexpensive determination of every action," (Fed. R. Civ. P. 1), all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California. Additionally, all counsel are ordered to familiarize themselves with the rules and procedures for cases assigned to Judge Kelleher, as set forth on the Central District's website at http://www.cacd.uscourts.gov under "Judges' Procedures and Schedules."

1  Judge Kelleher does not refer discovery motions to the Magistrate Judges.
2  Consequently, all matters relating to discovery shall be presented to Judge
3  Kelleher for consideration. To avoid confusion, the Magistrate Judge's initials
4  *shall not* be used when referencing the case number on all documents filed in this
5  Court.

6  <u>NOTICE OF THIS ORDER</u>: Plaintiff is responsible for promptly serving a
7  copy of this order on each defendant in this action and, thereafter, filing a proof of
8  service with the Court. If this case comes to the Court via a notice of removal,
9  then this burden falls on the removing defendant(s).

11 IT IS SO ORDERED.

13 DATED: August 17, 2005

*/s/ Robert J. Kelleher*

ROBERT J. KELLEHER
United States District Judge

2